ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
Email: Robert.Freeman@lewisbrisbois.com
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
Email: Danielle.Miller@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone; 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
*State Farm Mutual Automobile*
*Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERTO GOMEZ, an individual and DAISY GOMEZ, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:17-cv-01742-JAD-VCF<br><br>STIPULATION AND ORDER TO DISMISS PLAINTIFFS' EXTRA-CONTRACTUAL CLAIMS AND REMAND TO STATE COURT<br><br>ECF Nos. 19, 22 |

Plaintiffs ROBERTO GOMEZ and DAISY GOMEZ ("Plaintiffs") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant")(collectively referred to as to "the Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiffs' Complaint was originally filed in the Eighth Judicial District Court for Clark County, State of Nevada, on April 28, 2017.

2. Defendant removed this matter on June 26, 2017, on grounds of diversity of citizenship pursuant to 28 U.S.C. §1441 (b).

3. The Complaint alleges claims for UM/UIM Contract, Contractual Breach of the Implied Covenant of Good Faith and Fair Dealing, Tortious Breach of the Implied

4828-1043-1312.1

Covenant of Good Faith and Fair Dealing, and Bad Faith.[1]

4. Plaintiffs were involved in a motor vehicle collision on March 21, 2015.

5. Plaintiff Roberto Gomez has previously recovered $30,000.00 from Farmers Insurance, representing the tortfeasor's bodily injury liability limits. Plaintiff Roberto Gomez has also previously recovered $10,000.00 from Defendant State Farm representing medical payments coverage.

6. Plaintiff Daisy Gomez has previously recovered $10,000.00 from Farmers Insurance, representing the tortfeasor's bodily injury liability limits. Plaintiff Daisy Gomez has also previously recovered $8,349.60 from Defendant State Farm representing medical payments coverage.

7. Pursuant to this Stipulation, Plaintiff Roberto Gomez agrees that his total claimed recoverable damages for underinsured motorist coverage against Defendant in this action does not, and will not, exceed the sum of Fifteen Thousand and 00/100 Dollars ($15,000.00), representing Plaintiffs' total available UM/UIM Motorist Coverage.

8. Pursuant to this Stipulation, Plaintiff Daisy Gomez agrees that her total claimed recoverable damages for underinsured motorist coverage against Defendant in this action does not, and will not, exceed the sum of Fifteen Thousand and 00/100 Dollars ($15,000.00), representing Plaintiffs' total available UM/UIM Motorist Coverage.

9. Pursuant to this Stipulation, the parties agree that Plaintiffs' cause of action against Defendant is contractual in nature and specifically with regard to the value of Plaintiffs underinsured motorist claims.

10. Pursuant to this Stipulation, Plaintiffs and Defendant have agreed to submit their dispute to arbitration in the Court Annexed Arbitration Program of the Eighth Judicial District Court of the State of Nevada for final adjudication.

11. Pursuant to this Stipulation, Plaintiffs agree that their claims for Contractual

---

[1] On August 16, 2017, Plaintiffs' cause of action for Bad Faith was summarily dismissed pursuant to Defendant's Motion to Dismiss said cause of action.

Breach of the Implied Covenant of Good Faith and Fair Dealing and Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing, as well as Plaintiffs' prayer for punitive damages, shall be dismissed, with prejudice.

12. By entering into this Stipulation, Defendant neither acknowledges nor concedes liability or damages with respect to any claims brought by Plaintiffs in their Complaint, or as such Complaint may hereafter be amended, and expressly denies liability and damages.

DATED this 25th day of September, 2017.   DATED this 25th day of September, 2017.

ERIC ROY LAW FIRM                          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: */s/ Mahogany A. Turfley*              By: */s/ Danielle C. Miller*
ERIC ROY, ESQ.                             ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 011869                      Nevada Bar No. 003062
MAHOGANY A. TURFLEY, ESQ.                  DANIELLE C. MILLER, ESQ.
Nevada Bar No. 013974                      Nevada Bar No. 009127
703 South Eighth Street                    6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89101                    Las Vegas, Nevada 89118
*Attorneys for Plaintiffs*                 *Attorneys for Defendant*

## ORDER

Based on the parties' **stipulation [22]**, which establishes that this court lacks subject-matter jurisdiction over this case, IT IS HEREBY ORDERED that **this case is REMANDED back to the Eighth Judicial District Court for Clark County, Nevada, Case No. A-17-754688-C, Dept. XX**; the motion to dismiss **[19] is DENIED** as moot and without prejudice; and **the 10/25/17 hearing is VACATED.** The Clerk of Court is instructed to **REMAND and CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer Dorsey
September 25, 2017

LEWIS BRISBOIS BISGAARD & SMITH LLP

By */s/ Danielle C. Miller*
_____
ROBERT W. FREEMAN, ESQ.
Nevada Bar No. 003062
DANIELLE C. MILLER, ESQ.
Nevada Bar No. 009127
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant
State Farm Mutual Automobile
Insurance Company*

4828-1043-1312.1                           3